# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

―――――――――――――――――――

Case No. 5D2024-2469
LT Case No. 2023-032960-CICI

―――――――――――――――――――

KEVA MATOVINA,

    Appellant,

    v.

MARK ANTHONY MATOVINA,

    Appellee.

―――――――――――――――――――

On appeal from the Circuit Court for Volusia County.
Dennis P. Craig, Judge.

Allison Morat and Michael M. Brownlee, of The Brownlee Law
Firm, P.A., Orlando, for Appellant.

Sheila M. Ennis, of Sheila M. Ennis, P.A., Edgewater, for
Appellee.

January 8, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____